**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10039-STA |
| ANTHONY WOODS, ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on August 21, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Anthony Woods, appearing in person, and with counsel, Marty McAfee.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 4, 2018 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 21st day of August, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT