IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                No. **17-CR-10039-STA**

ANTHONY LEE WOODS,

    Defendant.

**ORDER GRANTING FIRST MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING**

For good cause shown, it is **HEREBY ORDERED** that the sentencing for the defendant, Anthony Woods, be continued to **Friday, December 21, 2018 at 10:00a.m.**

                                                 s/S. Thomas Anderson
                                                 S. THOMAS ANDERSON
                                                 CHIEF U.S. DISTRICT JUDGE