IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cr. No. 1:17-CR-10039-STA |
| ANTHONY WOODS, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING**

The government has moved for a continuance of the sentencing hearing currently scheduled for December 21, 2018.

Wherefore, for good cause shown, to wit: the reasons presented in the motion, the Sentencing Hearing is rescheduled to **Tuesday, February 5, 2019 at 10:00am.**

IT IS SO ORDERED.

    s/ *S. Thomas Anderson*
S. Thomas Anderson
CHIEF U.S. DISTRICT JUDGE

Date: 12/6/2018