IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    No. **17-CR-10039-STA**

ANTHONY LEE WOODS,

    Defendant.

**ORDER GRANTING MOTION TO CONTINUE**
**MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF RESETTING**

For good cause shown, it is **HEREBY ORDERED** that the Defendant's **MOTION TO CONTINUE MOTION TO SUBSTITUTE COUNSEL** is granted. Motion Hearing is reset to **Wednesday, January 16, 2019 at 1:30 p.m.**

                                                  s/S. Thomas Anderson
                                                  CHIEF U.S. DISTRICT JUDGE

                                                  Date: 1/9/2019