# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff ) ) v. ) ANTHONY WOODS, ) ) Defendant ) | Case No. 1:17-cr-10039-STA |

## ORDER CONTINUING SENTENCING HEARING
## AND NOTICE OF RESETTING

The Sentencing Hearing in this matter is set for February 5, 2019 before Chief Judge S. Thomas Anderson. The Sentencing Hearing in the above styled matter shall be reset. The Sentencing Hearing is hereby reset to **March 5, 2019, at 11:00 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 1st day of February, 2019.

s/ S. Thomas Anderson
Chief United States District Judge