**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 1:17-CR-10039-STA** |
| | ) | |
| **ANTHONY WOODS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING AND**
**NOTICE OF RESETTING**

The government has moved for a continuance of the sentencing hearing currently scheduled for April 5, 2019.

Wherefore, for good cause shown, to wit: the reasons presented in the motion, the Sentencing Hearing is rescheduled to **Tuesday, April 30, 2019 at 1:30 p.m.**

IT IS SO ORDERED.


s/ *S. Thomas Anderson*
S. Thomas Anderson
CHIEF U.S. DISTRICT JUDGE

Date: 4/4/2019